# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER: Circuit Rule 33

November 9, 2026

*By the Court*:

| | |
|---|---|
| No. 26-1721 | ESTATE OF DANIEL PESAVENTO, et al.,<br>Plaintiffs - Appellees<br><br>v.<br><br>BRYCE RUDEBECK,<br>Defendant - Appellant |

| **Originating Case Information:** |
|---|
| District Court No: 1:24-cv-00647-BBC<br>Eastern District of Wisconsin<br>District Judge Byron B. Conway |

Pursuant to Circuit Rule 33, all proceedings in this appeal are **STAYED** pending further court order.

Counsel for the Appellant and Appellees are directed to make an electronic mail Status Report to the Circuit Mediation Office on December 15, 2026. This requirement may be satisfied by filing a motion under Fed. R. App. P. 42(b) to dismiss the appeal. The status report is not filed publicly with the Clerk of the Court.